No. 778. INMAN ET AL. *v.* NORTH CAROLINA. January 29, 1945. Petition for writ of certiorari to the Supreme Court of North Carolina denied. *Mr. K. R. Hoyle* for petitioners. *Messrs. Harry McMullan,* Attorney General of North Carolina, *Hughes J. Rhodes,* and *Ralph Moody,* Assistant Attorneys General, for respondent.

No. 772. BURKHART *v.* BENNETT, WARDEN;

No. 776. JOHNS *v.* RAGEN, WARDEN;

No. 777. GIBSON *v.* RAGEN, WARDEN; and

No. 796. OLSON *v.* BENNETT, WARDEN. January 29, 1945. Petitions for writs of certiorari to the Supreme Court of Illinois denied.

No. 781. WASHINGTON *v.* RAGEN, WARDEN. January 29, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350.